IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ANGELA MARIE HASTINGS and PETER JOHN HASTINGS,<br><br>           Plaintiffs,<br><br>v.<br><br>ALAN B. SEVISON, et al.,<br><br>           Defendants. | ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION<br><br>Case No. 2:08cv235DAK |

   This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B).  On March 4, 2009, Magistrate Judge Warner issued a Report and Recommendation concluding and recommending that Plaintiff's Motion for Appointment of Counsel should be denied and that Plaintiff's Complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within ten days of receiving it.  The Report and Recommendation mailed to Plaintiffs was returned to the court today as undeliverable.  Plaintiffs have a duty to keep their contact information with the court current.  The court concludes that the time period for objecting has passed.

   The court has reviewed the case *de novo* and concludes that Plaintiff's Motion to Appoint Counsel should be denied and Plaintiff's Complaint should be dismissed.  The court agrees with

the Report and Recommendation in its entirety and hereby affirms and adopts it as the Order of the court. Accordingly, Plaintiff's Complaint is DISMISSED, and the clerk of court is directed to close the case.

DATED this 24th day of March, 2009.

BY THE COURT:

*/s/ Dale A. Kimball*
DALE A. KIMBALL
United States District Judge